UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY MATIAS,

                Plaintiff,

       -against-

LYFT, INC.,

                Defendant.

Case No. 1:26-cv-05290 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On May 14, 2026, Plaintiff commenced a personal injury action against Defendant in the Supreme Court of Bronx County, State of New York. *See* Dkt. 1-1. On June 9, 2026, Plaintiff served Defendant the complaint. *See* Dkt. 1-2. Thereafter, Defendant timely removed the action to the Southern District of New York, where it was assigned to the undersigned. The notice of removal was filed on June 23, 2026.

Accordingly, Defendant's deadline to answer or otherwise respond to the complaint was June 30, 2026. *See* Fed. R. Civ. P. 81(c)(2). That deadline has passed with Defendant having filed no such submission. As a courtesy, the Court will extend Defendant's response deadline to **July 14, 2026**.

Dated: July 2, 2026
      New York, New York

                    SO ORDERED.

                    _____
                    JENNIFER L. ROCHON
                    United States District Judge