UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY MATIAS,

Plaintiff,

-against-

LYFT, INC.,

Defendant.

Case No. 1:26-cv-05290 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 23, 2026, Defendant removed this action from the Supreme Court of the State of New York, County of Bronx. Dkt. 1. Subsequently, on July 8, 2026, Defendant filed a motion to compel arbitration. *See* Dkt. 9. Plaintiff's opposition was due by July 22, 2026. To date, Plaintiff has not appeared in this matter or responded to Defendant's motion. As a courtesy, the Court extends Plaintiff's deadline to oppose the motion to **August 7, 2026**.

Defendant is directed to notify Plaintiff's counsel by serving upon them a copy of this order and file proof of such notice with the Court forthwith.

Dated: July 24, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge